IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DIANNE BRUCE, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:13-cv-00256 |
| | § | |
| PROCOLLECT, INC., | § | |
| Defendant. | § | |

## CONDITIONAL DISMISSAL ORDER

The Court has been advised that the parties have settled their dispute.

Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to

reinstatement of Plaintiff's claims, if any party represents to the Court on or before

**July 31, 2013,** that the settlement could not be completely documented.

SIGNED at Houston, Texas, this **28th** day of **June, 2013.**

Nancy F. Atlas
United States District Judge